JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| George Jones, | Case No.: 2:20-cv-07276-RGK-RAO |
| Plaintiff, | *Hon. R. Gary Klausner* |
| v. | |
| Capri Urban Baldwin, LLC, a Delaware Corporation; and Does 1-10, | [~~PROPOSED~~] **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | Action Filed: August 12, 2020<br>Trial Date:    Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff George Jones' ("Plaintiff") action against Defendant Capri Urban Baldwin, LLC ("Defendant") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: January 13, 2021

*Gary Klausner*

Hon. R. Gary Klausner
United States District Judge
Central District of California